Juan Francisco **CHAVEZ–CALDERON**, Petitioner,

v.

Eric H. **HOLDER**, Jr., Attorney General, Respondent.

No. 09–72374.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 21, 2010.

Juan Francisco Chavez–Calderon, Los Angeles, CA, pro se.

OIL, John M. McAdams, Jr., DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Juan Francisco Chavez–Calderon, a native and citizen of El Salvador, petitions pro se for review of the decision of the Board of Immigration Appeals dismissing his appeal from the immigration judge's denial of his application for asylum.

We reject Chavez–Calderon's claim that he is eligible for asylum based on his contentions that his refusal to join gangs con-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

stituted a political opinion, and that he is a member of a social group consisting of persons who will be persecuted and intimidated by gangs which the government of El Salvador is unable to control. *See Barrios v. Holder,* 581 F.3d 849, 854–56 (9th Cir.2009) (refusal to join a gang does not amount to political opinion); *Santos–Lemus v. Mukasey,* 542 F.3d 738, 745–46 (9th Cir.2008) (rejecting as a particular social group "young men in El Salvador resisting gang violence.")

Because Chavez–Calderon failed to demonstrate that he was persecuted on account of a protected ground, we deny the petition for review.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.